## NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000087
15-MAY-2025
08:39 AM
Dkt. 11 ODSD**

NO. CAAP-25-0000087

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GUILLERMO M. CANLAS, Plaintiff-Appellant, v.
DR. BRANDON W. LEE, M.D.; DR. WORLDSTER S. LEE, M.D.;
ERIN MURAOKA, R.N.; CATARACT AND VISION CENTER OF HAWAII;
DR. MARINA A. BADUA, M.D.; DR. MARINA A. BADUA, M.D., INC.,
Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20;
DOE CORPORATIONS 1-20; DOE NON-PROFIT CORPORATIONS 1-20;
DOE GOVERNMENTAL ENTITIES 1-20; and DOE ENTITIES 1-20, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0000081)


ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On February 10, 2025, self-represented Plaintiff-Appellant Guillermo Canlas (**Canlas**) filed a notice of appeal;

(2) The record on appeal was due on or before April 11, 2025, see Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 11(b)(1), but was not filed because Canlas failed to pay the filing fees or obtain a fee waiver;

(3) On April 24, 2025, the appellate clerk entered a default of the record on appeal, informing Canlas that the time to docket the appeal had expired, Canlas had not paid the filing fees or obtained an order allowing Canlas to proceed on appeal *in forma pauperis*, the matter would be brought to the court's attention on May 5, 2025, for action that may include dismissal of the appeal, and Canlas could seek relief from default by motion; and

(4) Canlas has not taken any further action in this appeal.  An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed *in forma pauperis*.  HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 15, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge